The decision of the bankruptcy court is AFFIRMED.

**LIBERTY MUTUAL INSURANCE COMPANY, Plaintiff-Appellant,**

v.

**GULF OIL CORPORATION, et al., Defendants-Appellees.**

**No. 83–3354.**

United States Court of Appeals, Fifth Circuit.

Feb. 21, 1984.

Christovich & Kearney, J. Walter Ward, Jr., Thomas C. Cowan, New Orleans, La., for plaintiff-appellant.

Camp, Carmouche, Palmer, Barsh & Hunter, James R. Sutterfield, New Orleans, La., for defendants-appellees.

Before POLITZ, RANDALL and JOLLY, Circuit Judges.

PER CURIAM:

Having considered the record, briefs and oral argument, we affirm on the facts as found and the legal analysis made by the district court. 559 F.Supp. 777 (E.D.La. 1983).

AFFIRMED.